**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1294**

DR. ROLAND ONAWOLA,

                                    Plaintiff - Appellant,

          versus

JOHNS HOPKINS UNIVERSITY; THE JOHNS HOPKINS
UNIVERSITY BOARD OF TRUSTEES; DR. JONATHAN
SAMET; DR. KATHY HELZLSOUER; DR. GEORGE
COMSTOCK; DR. ROSA CRUM; DR. TAHA TAHA,

                                    Defendants - Appellees,

          and

RAYMOND A. MASON, Chair, JHU Trustees; C.
MICHAEL ARMSTRONG, Vice Chair, JHU Trustees;
ERNEST A. BATES, Vice Chair, JHU Trustees;
GEORGE L. BUNTING, JR., Vice Chair, JHU
Trustees; WILLIAM R. BRODY; RAY GILLIAM; KEVIN
MCDONALD; ALFRED SOMMER; PATRICIA GERMAIN;
GENEVIEVE MATANOSKI; LEON GORDIS; MARGARET
ENSMINGER; FRANCIS BURMAN; JOHN DOES 1 THROUGH
20,

                                    Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:05-cv-
01924-AMD)

Submitted: February 23, 2007        Decided: March 13, 2007

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roland Onawola, Appellant Pro Se. Philip Shams Roberts, JOHNS HOPKINS UNIVERSITY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roland Onawola appeals the district court's order entering judgment for Defendants in this action alleging breach of contract and discrimination.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Onawola v. Johns Hopkins Univ.</u>, No. 1:05-cv-01924-AMD (D. Md. Feb. 6, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>